USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT WEEKES, *individually and on behalf of all others similarly situated*,

                Plaintiff,

v.

HIDRATE, INC.,

                Defendant.

22-CV-0278 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this case on January 11, 2022, alleging violations of the Americans with Disabilities Act through Defendant's operation of its website. On March 11, 2022, he filed an affidavit of service indicating that Defendant was served on February 18, 2022, through its registered agent. To date, however, Defendant has neither appeared nor responded to the Complaint. Nor have the parties filed the joint letter that the Court previously ordered be submitted within 45 days of service.

    If Defendant appears in this action and the parties intend to file such a joint letter, they shall do so by April 25, 2022. If Defendant has not appeared by that point and Plaintiff intends to move for default judgment, he shall do so by May 9, 2022.

    Plaintiff is ordered to serve Defendant with a copy of this order and file proof of such service on the docket.

SO ORDERED.

Dated:    April 11, 2022
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge