```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WEEKES, *individually and on behalf of all others similarly situated*,

         Plaintiff,

    v.

HIDRATE, INC.,

         Defendant.

22-CV-0278 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  Plaintiff filed this case on January 11, 2022, alleging violations of the Americans with Disabilities Act through Defendant's operation of its website. On February 18, 2022, Defendant was served through its registered agent. Defendant, however, neither appeared nor responded to the Complaint. Nor did the parties file the joint letter that the Court ordered be submitted within 45 days of service.

  On April 11, 2022, the Court ordered that Plaintiff move for default judgment by May 9, 2022 if Defendant had not appeared by that date. To date, however, Plaintiff has not filed for default judgment and Defendant still has not appeared in this case. By no later than May 20, 2022, Plaintiff shall move for default judgment or submit a letter to the Court explaining why such a motion should not be made at this time. If Plaintiff fails to take either action, the Court may dismiss this case for failure to prosecute.

  Plaintiff is ordered to serve Defendant with a copy of this order and file proof of such service on the docket.

SO ORDERED.

Dated: May 16, 2022
    New York, New York

                     Ronnie Abrams
                     United States District Judge